**Atlanta Rehab & Performance Center - Snellville**
2400 Wisteria Dr.
Snellville, GA 30078-2689
Phone: (770)982-0102
Fax: (770)982-0130

**Physical Therapy Initial Examination**


ATLANTA REHABILITATION
& PERFORMANCE CENTER

---

**Patient Name:**  Mitchell, Arlene
**Date of Birth:** ███████████
**Referring Physician(s):**  Traub, Jeff A. (Snell) MD

**Date of Initial Examination:**  06/05/2019
**Injury/Onset/Change of Status Date:**  06/05/2019
**Diagnosis:**  ICD10: M17.12: Unilateral primary osteoarthritis, left knee, M25.662: Stiffness of left knee, not elsewhere classified, R53.1: Weakness, Z47.89: Encounter for other orthopedic aftercare

**Surgery:** (Date/Type) 05/28/2019 L knee scope
**Treatment Diagnosis:**  ICD10: M17.12: Unilateral primary osteoarthritis, left knee, M25.662: Stiffness of left knee, not elsewhere classified, R53.1: Weakness, Z47.89: Encounter for other orthopedic aftercare

**Visit No.:**  1

## Subjective

**Treatment Side:**  Left
**History of Present Condition/Mechanism of Injury:**  Pt is 49 y/o female presenting to PT1 week s/p L knee arthroscopy. Pt states that  her stitches were removed a few days ago and that she was sent to PT after follow up with MD.
**Primary Concern/Chief Complaint:**  Pt reports stiffness and pain along the anterior aspect of L knee with all movement as well asn difficulty walking, squatting, and climbing stairs.
**Pain Location:** L knee
   **Pain Scale: Worst:** 8 **Best:** 6 **Current:** 7
   **Pain Description:** Throbbing
   **Pain Follow-up Plan:** NPRS
**General Health:**  Good
**Home Health Care:**  No
**Medical History:**  see eDoc
**Complicating/Personal Factors:**  No Known Complicating Factors Affecting the Plan of Care
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?**  No
**Current Medications:**  Prescription (see eDoc)

## Objective

### Outcome Measurement Tools

**Lower Extremity**
Lower Extremity Functional Scale                 32/80

### Observation

**Muscle Atrophy**
Description              L quad

**Apprehension of Movement**              Moderate

### Range of Motion

| Hip AROM | Right | Left |
|---|---|---|
| Flexion | WNL | WNL |
| Extension | WNL | WNL |
| Abduction | WNL | WNL |
| Adduction | WNL | WNL |
| Internal Rotation | WNL | WNL |
| External Rotation | WNL | WNL |

Powered by **WebPT**™

**Atlanta Rehab & Performance Center - Snellville**
2400 Wisteria Dr.
Snellville, GA 30078-2689
Phone: (770)982-0102
Fax: (770)982-0130

### Physical Therapy Initial Examination

**Patient Name:** Mitchell, Arlene
**Date of Birth:** 07/09/1969
**Document Date:** 06/05/2019

| Knee AROM | Right | Left |
|---|---|---|
| Flexion | Not Tested | 80 ° |
| Extension | Not Tested | (10) ° |

| Knee PROM | Right | Left |
|---|---|---|
| Flexion | Not Tested | 105 ° |
| Extension | Not Tested | 0 ° |

**Strength**

**Gross Muscle Tests Lower**

**Hip**

| | Right | Left |
|---|---|---|
| Hip Flexion | Not Tested | 4-/5 |
| Hip Extension | Not Tested | 4-/5 |
| Hip Abduction | Not Tested | 4-/5 |
| Hip Internal Rotation | Not Tested | 4/5 |
| Hip External Rotation | Not Tested | 4/5 |

**Knee**

| | Right | Left |
|---|---|---|
| Knee Flexion | Not Tested | 3-/5 |
| Knee Extension | Not Tested | 3-/5 |

**Neuro-Vascular**

**Myotomes Lower**

| | Right | Left |
|---|---|---|
| L1, 2 Iliopsoas | Normal | Normal |
| L3 Quadriceps | Normal | Normal |
| L4 Anterior Tibialis | Normal | Normal |
| L5 EHL | Normal | Normal |
| S1 Gastroc | Normal | Normal |
| S2 Hamstrings | Normal | Normal |

**Dermatomes Lower**

| | Right | Left |
|---|---|---|
| L1, 2 Mid Anterior Thigh | Normal | Normal |
| L3 Distal Inner Thigh | Normal | Normal |
| L4 Anterior Tibialis | Normal | Normal |
| L5 EHL | Normal | Normal |
| S1 Lateral Foot | Normal | Normal |
| S2 Mid Gastoc/Hamstring | Normal | Normal |

**Special Tests**

| | Right | Left |
|---|---|---|
| J Sign | Not Tested | Negative |

**Patellofemoral**
Patellar Passive Mobility

| | Right | Left |
|---|---|---|

Powered by **WebPT**™

**Atlanta Rehab & Performance Center - Snellville**
2400 Wisteria Dr.
Snellville, GA 30078-2689
Phone: (770)982-0102
Fax: (770)982-0130

**Physical Therapy Initial Examination**

**Patient Name:** Mit
**Date of Birth:** █████████
**Document Date:** 06/05/2019

| | | |
|---|---|---|
| Medial | Not Tested | Hypomobile |
| Lateral | Not Tested | Normal |
| Superior | Not Tested | Hypomobile |
| Inferior | Not Tested | Hypomobile |
| | **Right** | **Left** |
| 90/90 Hamstring Flexibility | (15) ° | (15) ° |

| **Functional** | **Right** | **Left** |
|---|---|---|
| 2 Leg Squat With Overhead Reach | | Decreased Weight Bearing |
| 1 Leg Squat With Overhead Reach | | Unable To Complete Due To Pain And/Or Weakness |

## Assessment

**Assessment/Diagnosis:** Pt is 49 y/o female presenting 1 weeks s/p L knee arthroscopy. Pt demonstrates limited knee flexion and extension secondary to swelling and pain. Pt is challenged with all walking, stair climbing, squatting, and lifting secondary to pain and ROM deficits. Pt will benefit from skilled PT in order to return to PLOF

**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.

**Patient Education:** Pt was educated on the etiology of current condition and the rationale for treatment plan.

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**
- LEFS of 32
- walking
- squatting
- lifting
- stairs
- decreased ROM

**Short Term Goals:**

1: (1 Week) | Pt will be independent with HEP

2: (3 Weeks) | Pt will demonstrate full AROM knee flexion and knee extension.

3: (3 Weeks) | Pt will perform 20 sit to stands with no pain or compensation

4: (4 Weeks) | Pt will ambulate household distances with on pain or compensation.

**Long Term Goals:**

1: (6 Weeks) | Improve LEFS by MCID of 9 points indicating meaningful, functional improvements related to the LE.

2: (6 Weeks) | Pt will negotiate 2 flights of stairs with no pain in order to navigate her home safely.

3: (8 Weeks) | Pt will lift 10 lbs from the ground 10 times with no pain or compensation in order to perform light house work.

4: (8 Weeks) | Pt will jog for 2 minutes with no pain

Powered by WebPT™

**Atlanta Rehab & Performance Center - Snellville**
2400 Wisteria Dr.
Snellville, GA 30078-2689
Phone: (770)982-0102
Fax: (770)982-0130

**Physical Therapy Initial Examination**

**Patient Name:** Mit_____
**Date of Birth:** ████
**Document Date:** 06/05/2019

## Plan

**Frequency:** 2-3 times a week
**Duration:** 8 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

### Procedures

Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, Manual Therapy, Patient Education

### Modalities

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation, Cryotherapy, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (770)982-0102.

Please sign and return: Fax#: (770)982-0130

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows_____
_____

*Joseph Drew Johnson*

Joseph Drew Johnson, PT, DPT
License #PT012371
*Electronically Signed by Joseph Drew Johnson, PT, DPT on June 6, 2019 at 11:35 pm*

Physician Signature_____
                                 J. A. Traub (Snell), MD

Date:_____       Time:_____

Powered by **WebPT**™