# CASE SUMMARY

CQ0526242435S - Carnival Conquest - CQ20240524003 (May 24, 2024 - May 27, 2024) - May 26, 2024 18:14 UTC-04:00

| PATIENT ID | NAME | DATE OF BIRTH | GENDER | CABIN |
|---|---|---|---|---|
| 79926 | MITCHELL, ARLENE | ████████ | F | 1320 |

## Triage

| DOCUMENTED DATE | DOCUMENTED USER | VISIT REASON |
|---|---|---|
| May 26, 2024 18:14 UTC-04:00 | Thomas, Sony RN | Injury |

| LAST UPDATED DATE | LAST UPDATED USER | |
|---|---|---|
| May 26, 2024 18:14 UTC-04:00 | Thomas, Sony RN | |

**PRIORITY**

NON-URGENT

**CHIEF COMPLAINTS**

**Patient attends clinic for pain on right knee**

NOTES

55-year-old female guest wheeled into medical center with the complaint of pain on right knee.

Guest stated that she was walking on lido deck 9 and she slip and fell

Guest stated she landed with her right knee and fell on left side

Guest stated severe pain on her right knee and difficulty to bare the weight on right knee

Guest state pain scale score 9/10

Vital signs checked and recorded

Case forwarded to MD

## Vitals

| DATE | PERFORMED BY |
|---|---|
| May 26, 2024 18:21 UTC-04:00 | THOMAS, SONY RN |

**VITAL SIGNS**

| TEMPERATURE | BLOOD PRESSURE | MAP |
|---|---|---|
| 98.6 F 37 C I | 135/80 RA sit | 98 |

| HEART RATE | SPO2 | RESPIRATORY RATE |
|---|---|---|
| 88 bpm | 100 SpO2 Finger Room air | 18 breaths/min |

| A.V.P.U | PAIN SCORE | CAPILLARY REFILL |
|---|---|---|
| A | 9 | 1 seconds Peripheral |

INCLUDE IN VITAL SIGN CHECKS

Yes

COMMENTS

--

**NEUROLOGICAL**

| PERRLA | R PUPIL SIZE | L PUPIL SIZE |
|---|---|---|
| Yes | 2 mm | 2 mm |

| GCS EYE OPENING | GCS VERBAL RESPONSE | GCS MOTOR RESPONSE |
|---|---|---|
| 4 | 5 | 6 |

GCS

15

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

## Allergy

No Known Allergies.

## HPI

| DATE | PERFORMED BY |
|---|---|
| May 26, 2024 19:09 UTC-04:00 | Kodandapuram, Raghavender MD |

RIGHT KNEE PAIN
A 54-year-old female came into the medical center with wheelchair assistance complaining of right knee pain.
Patient states she has slip and fall on deck 9 and landed on right knee.
Patient denies head injury.
Patient states pain of 9/10.
Patient is alert, oriented, breathing spontaneously. Palpable pulses.
GCS15/15

## Review of Systems

| DATE | PERFORMED BY |
|---|---|
| May 26, 2024 19:10 UTC-04:00 | Kodandapuram, Raghavender MD |

REVIEW OF SYSTEMS
   Patient **states** Joint aches, pains or stiffness
   Patient **denies** Abdominal pain, Nausea, Vomiting, Headaches, Dizziness, Rashes, Itchy skin, Bruising

## Physical Examination

| DATE | PERFORMED BY |
|---|---|
| May 26, 2024 18:30 UTC-04:00 | Kodandapuram, Raghavender MD |

GENERAL
Appearance: Development: Well developed. Weight: Obese. Nourishment status: Well nourished. Grooming: Well groomed.
Mental status: Awake and Alert. Orientated. Cooperative.

HEAD AND NECK
Head: normocephalic, atraumatic, facial features symmetric without ptosis or edema. No masses or lesions.

CARDIOVASCULAR
Auscultation: S1 and S2 normal, no murmur or gallop.  Arterial System: All pulses normal, no edema, varicosities or signs of chronic arterial insufficiency.

RESPIRATORY
Regular rate and depth of breathing; non-labored without retractions or accessory muscle use. Thorax symmetrical. Anterior and posterior lung fields resonant to percussion and clear on auscultation without crepitations, wheezes, rubs or diminished breath sounds bilaterally.

MUSCULOSKELETAL
Knees:
Comments: Inspect for symmetry, boney deformity: Normal
Patient states pain on medial and lateral side of the right knee with pain radiating to shin area..

## Physician Orders

| STATUS | TASK | ORDERED | ORDER ID |
|---|---|---|---|
| **Completed** | KNEE X-RAY SERIES | May 26, 2024 18:36 UTC-04:00 by Kodandapuram, Raghavender MD | 833139 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES |
|---|---|---|---|
| once | -- | 0 | -- |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Parakkettil, Sabarinath RN | May 26, 2024 19:16 UTC-04:00 |

DOCUMENTS
 MITCHELL_ ARLENE_1320_x ray right knee_ 05 26 20241.jpg
 MITCHELL_ ARLENE_1320_x ray right knee_ 05 26 20242.jpg
 MITCHELL_ ARLENE_1320_x ray right knee_ 05 26 20243.jpg
 MITCHELL_ ARLENE_1320_x ray right knee_ 05 26 20244.jpg

| FINDINGS | COMMENTS |
|---|---|
| -- | -- |

## New Medications

KETOROLAC 30 MG/ML INJECTION IM
60 Milligram stat starting May 26, 2024 18:40 UTC-04:00 for 1 day(s)

## Administered/Dispensed

| ACTION | COMPLETED |
|---|---|
| Administered | By Kodandapuram, Raghavender MD on May 26, 2024 18:40 UTC-04:00 |

MEDICATION
KETOROLAC 30 MG/ML INJECTION IM

SALES QUANTITY
2 Ampule

| ADMINISTRATION INSTRUCTIONS | PRESCRIPTION NOTES |
|---|---|
| -- | -- |

## Diagnosis

| DOCUMENTED DATE | DOCUMENTED USER |
|---|---|
| May 26, 2024 | Kodandapuram, Raghavender MD |

| LAST UPDATED DATE | LAST UPDATED USER |
|---|---|
| May 26, 2024 | Kodandapuram, Raghavender MD |

TYPE
| Final |

DIAGNOSIS
**S83.6 - Sprain and strain of other and unspecified parts of knee**

NOTES
Right knee.

# Note

DATE
May 26, 2024 19:15 UTC-04:00

PERFORMED BY
Kodandapuram, Raghavender MD

NOTES
Patient was examined in presence of nurse Sony and her husband.

Patient was administered Inj. Ketorolac 60mg IM stat after explaining about the medication and their side effects.

X-ray of right knee was taken after obtaining verbal consent.

X-ray revealed no obvious dislocations or fractures.

X-ray findings were informed to patient and her husband.

No bruising is noted over right knee.

Patient had a knee tape on both knees placed under patella which she states she uses.

Patient knee was wrapped with ace bandage.

Patient was advised to rest, ice the knee and elevate her right lower limb.

Patient states she does not need oral naproxen or ibuprofen as she states she will buy her own medications tomorrow after disembarking.

Patient was advised to follow up or call 911 if pain worsens or swelling is noted.

Patient was advised to follow up with their doctor if required.

Patient acknowledged understanding of the instructions given.

DATE
May 26, 2024 19:12 UTC-04:00

PERFORMED BY
Thomas, Sony RN

NOTES
Case seen and examined by MD
Advised,
-X-ray right Knee AP/LA
Explained procedure to patient, Guest declined urine pregnancy test
X-ray performed under the guideline, Image reviewed by MD and send to shore side
Informed the guest that official x-ray report will get 24 to 48 hours
Injection Ketorolac 60 mg IM administered on the right gluteal muscle
Medication counter checked with MD

MD advised to immobilize the knee the ace bandage
Advised to elevate the Knee with Pillow
Advised to do ICE application
Md offered pain medication patient declined stated she will get from home

Passenger injury statement taken informed to chief security
Patient left the medical center via wheelchair in a stable condition
Advised to call 911 in case of emergency

## Disposition

| MEDICAL DEPARTMENT DECIDED TO | DOCUMENTED USER | DOCUMENTED DATE |
|---|---|---|
| **Discharge from our care, follow up if required** | Kodandapuram, Raghavender MD | May 26, 2024 19:15 UTC-04:00 |

| LAST UPDATED USER | LAST UPDATED DATE |
|---|---|
| Thomas, Sony RN | May 26, 2024 19:37 UTC-04:00 |

COMMENTS

The guest was informed about examination/laboratory findings. The most likely diagnosis and causative mechanisms (as well as risk factors) were also explained to the guest. Health promotion advice (including lifestyle and dietary changes) was offered to the guest. The treatment options were explained, and the most appropriate treatment was prescribed (reasons for choice of treatment and indications were explained). The guest was educated on how to use medication as well as common side-effects to be aware of. The guest was advised about the course of the illness as well as the expected time to improvement/recovery. The guest was advised to call 911 or return to the medical center if any symptoms recur/worsen/change. The guest was counselled regarding warning signs/sequelae and advised to call 911 if any of these should occur. The guest verbalized that they understood and agree to the above, disposition was signed by the guest.

DISCHARGE DOCUMENTS

No documents selected.

PATIENT SIGNATURE

MITCHELL, ARLENE
May 26, 2024 19:37 UTC-04:00

# Injury

| | | | |
|---|---|---|---|
| INJURY SEVERITY Beyond First Aid | INJURY DATE May 26, 2024 17:00 UTC-04:00 | TREATING DOCTOR ID NUMBER 585402 | SEAEVENT REPORT NUMBER CCLCQHEA202400052V |
| PERSON TYPE Passenger | DATE REQUESTED MEDICAL ATTENTION May 26, 2024 17:15 UTC-04:00 | DATE FIRST SEEN BY MEDICAL STAFF May 26, 2024 17:15 UTC-04:00 | LOCATION WHERE FIRST SEEN BY MEDICAL STAFF Ship's Medical Center |
| INJURY TYPE Sprain/Strain | SEVERITY OF VISION IMPAIRMENT -- | DIRECT INJURY CAUSE Slip and Fall | |
| GENERAL BODY REGION Lower Limb | SPECIFIC BODY PART Knee | PROGNOSIS (DAYS) -- | DISPOSITION Rest in Cabin |
| DURATION OF ADMISSION TO SHIP'S MEDICAL CENTER -- | DATE PRONOUNCED DEAD -- | | |
| DATE OF DISEMBARKATION -- | DISEMBARKATION METHOD -- | WAS THE PATIENT TAKEN TO A HEALTHCARE FACILITY? -- | |
| COULD PRE-EXISTING MEDICAL CONDITIONS(S) HAVE CONTRIBUTED TO THE INCIDENT? Undetermined | | | |

COULD ALCOHOL/DRUGS HAVE CONTRIBUTED TO THE INCIDENT?
Undetermined

## Case Diagnosis

S83.6 - Sprain and strain of other and unspecified parts of knee