**Southside Medical Center**

**PATIENT PLAN FOR 10/11/2019**

Name: Arlene Mitchell

Date of Birth: █████████

Date of Visit: 10/11/2019 09:15 AM

Visit Type: Preventive Medicine

Rendering provider: Donna Marie Wilson

Location: Norcross Family Practice

Location phone number: (404)688-1350

Thank you for choosing us for your healthcare needs. The following is a summary of the outcome of today's visit and other instructions and information we hope you find helpful.

Primary Care Provider: David Williams MD

TODAY'S VISIT

REASON(S) FOR VISIT

Preventive exam, Vit D def, Iron def anemia.

Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|-------|---------|--------|------|----------------|--------|------------------------|--------|
| Patient Health Questionnaire (PHQ-9) | | | | | 0 | | |
| Giving encouragement to exercise | | | | | | | |
| Dietary needs education | | | | | | | |

Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Encounter for general adult medical examination with abnormal findings (Z00.01). |

| | | |
|---|---|---|
| | Patient Plan | Advise to obtain pap exam |
| | | Self breast exam, Mammogram and colonoscopy discussed |
| | | Flu vaccine offered and refused |
| | | Seat belt at all times |
| | | Encourage diet and exercise |
| | | |
| 2. | Assessment | Body mass index (BMI) 45.0-49.9, adult (Z68.42). |
| | Plan Orders | Today's instructions / counseling include(s) Dietary needs education.Giving encouragement to exercise |
| | | |
| 3. | Assessment | Elevated blood-pressure reading w/o diagnosis of HTN (R03.0). |
| | Patient Plan | Blood pressure values discussed |
| | | Blood pressure log provided with range for normal to severe hypertension |
| | | f/u in 1 week with log |
| | | Advised to seek ER treatment if blood pressure are above 200 over 105 |
| | | |
| 4. | Assessment | 25-hydroxyvitamin D 1-alpha-hydroxylase deficiency (E83.32). |
| | Impression | historical |
| | Patient Plan | Lab order |
| | | |
| 5. | Assessment | Pain in left knee (M25.562). |
| | Impression | Pt said she had torn ligament in left knee and had knee surgery June 2019, Still has some pain in knee but has order for PT. Pt says she cannot afford Physical therapy |
| | Patient Plan | cont with exercises provided by physical therapist at home until able to afford visits |
| | | |
| 6. | Assessment | Encounter for screening mammogram for Ca of breast (Z12.31). |
| | Patient Plan | requisition provided |
| | | |
| 7. | Assessment | Morbid (severe) obesity due to excess calories (E66.01). |
| | Patient Plan | weight loss advised |

**◀SMC** *Southside Medical Center*

PATIENT: **Arlene** Mitchell

DATE OF BIRTH ███████

DATE: 07/26/2018 03:30 PM

HISTORIAN: self

VISIT TYPE: **Office Visit**

This 49 year old female presents for Follow up on lab test(s) and obesity.

History of Present Illness:

1. Follow up on lab test(s)

The symptoms occur . Pt has low Hgb/Hct levels.

2. Obesity

The patient is gaining weight. Aggravating factors include lack of exercise and snacking. Associated symptoms include fatigue and generalized weakness. Additional information: Pt desires a overall weight loss of 100 lbs.

Screening Tools

Other Screenings:

| Encounter Date | Documented Date | Instrument | Score | Severity/Interpretation | MDD Classification |
|---|---|---|---|---|---|
| 07/26/2018 | 07/26/2018 | Patient Health Questionnaire (PHQ-2) | 0 | Further testing is not required | |

PATIENT HEALTH QUESTIONNAIRE

Over the last 2 weeks, how often have you been bothered by any of the following problems?

| | NOT AT ALL | SEVERAL DAYS | MORE THEN HALF THE DAYS | NEARLY EVERY DAY |
|---|---|---|---|---|
| 1. Little interest or pleasure in doing things | X | | | |
| 2. Feeling down, depressed or hopeless | X | | | |

Medical/Surgical/Interim History

Reviewed, no change.

Family History:

Reviewed, no changes.

## Social History:

Reviewed, no changes.

## Medications (active prior to today)

Patient is on no medications.

## Medication Reconciliation

Medications reconciled today.

Patient is on no medications.

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue, Generalized weakness. |
| Endocrine | Positive | Weight gain. |

## Vital Signs

### Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 3:26 PM | 5.0 | 4.00 | 162.56 | 07/26/2018 | 0 |

### Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 3:26 PM | 285.00 | | 129.274 | dressed with shoes | 48.92 | 2.42 |

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 3:26 PM | 130/80 | sitting | left | arm | manual | adult |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 3:26 PM | 98.50 | 36.94 | ear | 87 | regular | 20 |

### Measured By

| Time | Measured by |
|---|---|
| 3:26 PM | Kimberly Samuels |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | Well developed. |
| Skin | Normal | Inspection - Normal. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Neurological | Normal | Memory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. |

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | | | | Further testing is0 not required | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Other specified anemias (D64.89). |
| | Plan Orders | Active Medication: iron 325 mg (65 mg iron) tablet |
| 2. | Assessment | Body mass index (BMI) 45.0-49.9, adult (Z68.42). |
| 3. | Assessment | Other obesity (E66.8). |
| | Patient Plan | - F/u in 3-4 weeks to check efficacy of Adipex. |
| | | - We discussed that a healthy weight loss is anything between 2-3 lbs/wk. |
| | Provider Plan | - Risks and benefits of Adipex for weight loss discussed with the patient. Pt agrees to. She will keep a BP and HR diary at home. Pt understands that heart palpitations and jitteriness is a common side effect of taking Adipex. |
| | Plan Orders | Active Medication: Adipex-P 37.5 mg tablet |
| 4. | Assessment | Person consulting for explanation of test finding (Z71.2). |

## Medications (Added, Continued or Stopped today)

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 07/26/2018 | Adipex-P 37.5 mg tablet | take 1 tablet by oral route every day before breakfast | N | | | |
| 07/26/2018 | iron 325 mg (65 mg iron) tablet | take 1 tablet by oral route every day | N | | | |

**Active Patient Care Team Members**

| Name | Contact | Agency | Type | Support Role | Relationship | Active Date | Inactive Date | Specialty |
|------|---------|--------|------|--------------|--------------|-------------|---------------|-----------|
| !!! NOT PCP | | | | Patient dental provider | Dental provider | | | |
| David Williams | | | | Patient provider | PCP | | | Family Pract |

*Provider:*

Miles, Jerrica 07/26/2018 5:32 PM

*Document generated by:* **Jerrica Miles 07/26/2018 05:32 PM**

**Southside Medical Center**

Phone: 404-688-1350

Electronically signed by Jerrica Miles PA on 07/26/2018 05:32 PM

Mitchell, Arlene 000200126771 07/09/1969 07/26/2018 03:30 PM 7/7