UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23407-ALTMAN

ARLENE MITCHELL,

     Plaintiff,

v.

CARNIVAL CORPORATION,

     Defendant.

_____/

## PLAINTIFF'S AMENDED NOTICE OF FILING PROPOSED VOIR DIRE QUESTIONS

Plaintiff, ARLENE MITCHELL, hereby files her amended notice of filing voir dire questions to be asked of the venire in this case.

### CERTIFICATE OF SERVICE

We hereby certify that on August 12, 2025, electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,
ARONFELD TRIAL LAWYERS
1 Alhambra Plaza, Penthouse
Coral Gables, Florida 33134
Tel:  (305) 441- 0440
Fax: (305) 441 - 0198
Attorneys for Plaintiff

By:    */s/ Matthias M. Hayashi, Esq.*
Matthias M. Hayashi, Esq.
Florida Bar No.: 115973
mhayashi@aronfeld.com
Spencer Marc Aronfeld, Esq.
Florida Bar No.: 905161
aronfeld@aronfeld.com

## **PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

(Preamble): The following questions apply "to you" or "someone you may know."

A.       Cruise Industry Background

1. Describe your contacts with and opinions of Carnival Cruise Line, including when you have been on a Carnival ship, which Carnival ships you have been on, whether you or someone close to you has ever worked for Carnival or another cruise line or cruise services company, whether you know any Carnival employees, and what opinions you have about Carnival.

B.       Personal Injury and Lawsuits

2. Have you, someone close to you, or a business you have worked for ever been a plaintiff (the person filing a lawsuit) or defendant (the person being sued) in a lawsuit or personal injury claim?  If so, what type of lawsuit was it, did the case resolve, and do you have any feelings about the lawsuit that influence you today?

3. Have you or anyone close to you ever had a bad fall or slipped or tripped and fallen?  If so, describe what happened and whether you or they were injured.  Was surgery ever needed as a result of the fall?

4. Have you or anyone close to you ever had a knee injury or knee surgery?   If so, describe what happened and whether you or they still have ongoing knee issues as a result of the injury or surgery.

C.       Life experience

5. Please tell us about your education and work history, including your highest level of education, the types of jobs you have held, what industries you have worked in (such as medicine, law, construction, insurance, or finance), any businesses you have owned, and whether you have ever been a supervisor or worked in management.